# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 500 Pearl Street, in the City of New York, seventh day of September, two thousand and fifteen,

Corpac

v.

Rubin and Rothman, LLC

STIPULATION
Docket Number: 15-1738

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs pursuant to FRAP 42(b).

Date: 8-31-15

_____
Attorney for Appellant

CAMBA Legal Services; Matthew Schedler
Print Name and Firm

Date: 8-31-15

_____
Attorney for Appellant

James M. Baker, Northern Manhattan Imp. Corp.
Print Name and Firm

Date: 9/1/15

_____
Attorney for Appellee

Thomas A. Leghorn
Wilson Elser Moskowitz Edelman & Dicker LLP
Print Name and Firm

Date: 9/1/15

_____
Attorney for Appellee

WILLIAM F. HORN
The Horn Law Firm P.C.
Print Name and Firm